## DEEN & COMPANY *v.* CARTER & COMPANY.

*Lumpkin, J.*—1. Even if the authenticity and correctness of a book purporting to have been kept by the board of trade of a given city, and to be a record of the prices of certain commodities sold therein, are on the trial of a particular case sufficiently established to render the book admissible in evidence, its rejection will not be cause for a new trial when it does not appear that admitting it would have established any fact beneficial to the party offering it.

2. The charges complained of were not erroneous for any reason assigned in the motion for a new trial, and the evidence warranted the verdict.                *Judgment affirmed.*

Submitted November 30,—Decided December 17, 1896. ATKINSON, J., disqualified and not presiding.

Complaint. Before Judge Sweat. Appling superior court. February 15, 1896.

*Elisha D. Graham,* for plaintiffs in error.
*Atkinson & Dunwody* and *T. A. Parker,* contra.

## BENTON *v.* HYNES.

100b 95
104 782

*Atkinson, J.*—1. Where, in the trial of a case pending in a justice's court, there are disputed issues of fact, the judgment rendered by the magistrate cannot be directly reviewed by the writ of certiorari, but there must be an appeal, either to a jury in that court, or to the superior court.

2. In the present case there were disputed questions of fact, and there having been no appeal, the writ of certiorari was properly refused.                *Judgment affirmed.*

Submitted November 30,—Decided December 17, 1896.

Petition for certiorari. Before Judge Sweat. Glynn county. March 23, 1896.

*J. D. Sparks,* for plaintiff in error.
*Johnson & Krauss,* contra.